UNTIED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITES STATES OF AMERICA

v.                                                                                          Case No: 8:03-cr-53-T-24 MSS

MIKES KOULIAS

_____/

ORDER

  This cause comes before the Court on a violation of supervised release. Defendant Koulias was sentenced on August 26, 2003 for conspiracy to distribute and possess with intent to distribute 5 kilograms or more of cocaine, and he received a sentence of 30 months of imprisonment, followed by 36 months of supervised release. His supervised release contains the special condition that he participate in a program for the treatment of narcotic addiction.

  On August 29, 2006, the probation officer filed a petition with the Court (Doc. No. 84) stating that Defendant Koulias violated his supervised release by: (1) admitting he had used cocaine on May 16, 2006 and on or around July 18, 2006 (violations of standard condition #7); (2) providing urine specimens on June 19, 2006, July 6, 2006, and August 15, 2006 that yielded positive results for the presence of cocaine (violations of standard condition #7); and (3) being unsuccessfully discharged on July 31, 2006 from drug treatment based on unsatisfactory participation (a violation of the special condition requiring participation in drug treatment).

  On September 6, 2006, the Court conducted a hearing. At the hearing, Defendant Koulias admitted to violating his supervised release by committing all of the violations described above. Accordingly, the Court finds that Defendant Koulias violated the terms and conditions of his supervised release by committing all of the violations described above.

  It is, therefore, ORDERED AND ADJUDGED that Defendant Koulias' supervised

release is **REVOKED**, and the Court imposes a new three year period of supervised release with the special condition that Defendant Koulias serve the first six months at the Comprehensive Sanctions Center. Furthermore, Defendant Koulias shall remain in custody at the county jail until such time as a bed space becomes available at the Comprehensive Sanctions Center, at which time Defendant Koulias' mother, Maria Koulias, shall pick up Defendant Koulias from the county jail and transport him directly to the Comprehensive Sanctions Center. All of the other terms and conditions of Defendant Koulias' supervised release remain the same, including the special condition that he participate in drug treatment and provide urine specimens. In imposing this sentence, the Court has considered the factors set forth in 18 U.S.C. § 3553(a) and the advisory guidelines.

      **DONE AND ORDERED** at Tampa, Florida this 6th day of September, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Kathy Peluso, AUSA
Jerry Theophilopoulos, Esq.
U.S. Marshal Service
U.S. Probation Office