AO245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
    Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | (For **Revocation** of Probation or Supervised Release) |
| V. | |
| | Case Number:   8:03-CR-53-T-24MSS |
| MIKES KOULIAS | USM Number:   40975-018 |
| | |
| | Jerry Theophilopoulos, Retained |
| | Defendant's Attorney |

**THE DEFENDANT:**

__XX__  admitted guilt to violation of condition(s) <u>three</u> of the term of supervision.

__XX__  was found in violation of condition(s) <u>one and two</u> after denial of guilt.

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | Resist Law Enforcement Officer With Violence | 11/13/06 |
| 2 | Assault/Battery on Law Enforcement Officer | 11/13/06 |
| 3 | Failure to Reside in a CSC | 11/13/06 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Judgment: December 8, 2006

*(signature)*
**SUSAN C. BUCKLEW**
**UNITED STATES DISTRICT JUDGE**

DATE: December 11, 2006

AO 245D  (Rev. 12/03) Judgment in a Criminal Case for Revocation
        Sheet 2 - Imprisonment

Judgment - Page  2  of  2

DEFENDANT:        MIKES KOULIAS
CASE NUMBER:      8:03-cr-53-T-24MSS

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of   **TEN (10) MONTHS**   to be followed by no term of supervised release. The Defendant is hereby **REMANDED BACK** to the custody of the U.S. Marshal Service.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
        DEPUTY UNITED STATES MARSHAL